Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

| For Prothonotary Use Only (Docket Number) |
|---|
| **MAY 2021** |
| E-Filing Number: 2105024768 |

**001206**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MICHAEL STOSIC | CITY OF PHILADELPHIA - DEPARTMENT OF PUBLIC HEALTH |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 236 MARKET PHILADELPHIA, PA 19106 PHILADELPHIA PHILADELPHIA PA 19106 | 321 UNIVERSITY AVENUE PHILADELPHIA PA 19104 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | TERRRANCE CARTER |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 321 UNIVERSITY AVENUE PHILADELPHIA PA 19104 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  | JOSEPH MELLON |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  | 321 UNIVERSITY AVENUE PHILADELPHIA PA 19104 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | ☒ Complaint  ☐ Petition Action  ☐ Notice of Appeal ☐ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS |
|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration   ☐ Mass Tort        ☐ Commerce       ☐ Settlement<br>☐ Jury         ☐ Savings Action   ☐ Minor Court Appeal ☐ Minors<br>☒ Non-Jury    ☐ Petition         ☐ Statutory Appeals  ☐ W/D/Survival<br>☐ Other: |

**CASE TYPE AND CODE**

1D - INSURANCE, DECLARATORY JUDGMNT

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | FILED PRO PROTHY MAY 13 2021 S. RICE | IS CASE SUBJECT TO COORDINATION ORDER?    YES        NO |
|---|---|---|

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MICHAEL STOSIC

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MICHAEL E. STOSIC | 236 MARKET STE 3 PHILADELPHIA PA 19106 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (267)285-6303 | none entered |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 90763 | sto@stosbar.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| *MICHAEL STOSIC* | Thursday, May 13, 2021, 02:45 pm |

MICHAEL E STOSIC, PRO SE

236 MARKET STREET

PHILADELPHIA, PA 19106

PHONE: 267-285-6303



*Filed and Attested by the
Office of Judicial Records
13 MAY 2021 02:45 pm
S. RICE*

| | |
|---|---|
| MICHAEL E STOSIC<br><br>236 Market Street<br><br>Philadelphia, Pa 19106<br><br>V<br><br>City of Philadelphia<br><br>Department of Public Health<br><br>Office of Food Protection<br><br>321 S University Ave, Philadelphia, PA 19104<br><br>Terrance Carter<br><br>And<br><br>Joseph Mellon | COURT OF COMMON<br><br>PLEAS OF PHILADELPHIA COUNTY<br><br>CIVIL DIVISION CITY OF PHILADELPHIA<br><br><br>JURY DEMAND |

| NOTICE TO DEFEND | AVISO |
|---|---|
| You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice arc served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.<br><br>YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.<br>Philadelphia Bar Association<br>Lawyer Referral and Information Service<br>1101 Market Street, 11th Floor<br>Philadelphia, Pennsylvania 19107-2911<br>Telephone: (215) 238-6333 | Lo(a) han demandado a usted en la torte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hare falta asentar una comparecencia escrita o en persona o con un abogado y entregar a la torte en formaescrita sus defensas o sus objeciones a ]as demandas en contra de su persona. Sea avisado que si usted no se defiende, la torte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la torte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.<br><br>LLEVE ESTA. DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO 0 SI NO TIENE EL DINERO SUFICIEMIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA 0 LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.<br><br>Asociacion de Licenciados de Filadelfia<br>Servicio de Referencia E Information Legal<br>1101 Market Street, 11th Floor<br>Philadelphia, Pennsylvania 19107-2911<br>Telefono: (215) 238-6333 |

MICHAEL E STOSIC, PRO SE

236 MARKET STREET

PHILADELPHIA, PA 19106

PHONE: 267-285-6303

| | |
|---|---|
| MICHAEL E STOSIC<br>236 Market Street<br>Philadelphia, Pa 19106<br><br>V<br><br>City of Philadelphia<br>Department of Public Health<br>Office of Food Protection<br>321 S University Ave<br>Philadelphia, PA 19104<br><br>Terrance Carter<br><br><br>And<br><br>Joseph Mellon | COURT OF COMMON<br>PLEAS OF PHILADELPHIA<br>COUNTY<br>CIVIL DIVISION CITY OF<br>PHILADELPHIA<br><br>JURY DEMAND |

**COMPLAINT – CIVIL ACTION**

Case ID: 210501206

**NATURE OF ACTION**

This is an action for declaratory and equitable relief arising from the City of Philadelphia's imposition of an illegal tax on plaintiff.

## PARTIES

1. Petitioner, MICHAEL STOSIC (herein after, Michael Stosic) is a business owner located at 236 Market Street, Philadelphia, Pa 19106, who at all times relevant hereto, owns and operates a valid Pennsylvania liquor license 98359 and has all applicable license that were request by the City and approval from the health Department as it relates to 240 Market Street. Philadelphia, Pa 19106.

2. Defendant, City of Philadelphia (hereafter "City"), through its City of Philadelphia Department of Public Health, Office of Food Protection, 321 S University Ave Philadelphia, PA 19104 is a municipal entity with principal offices located at the Municipal Services Building, 321 S University Ave, Philadelphia, PA 19104

## FACTS/HISTORY

3. Mr. Stosic operates Stoish, Inc under the name of Old City Beer Garden.

4. The relevant Articles of Incorporation are private but can be shown upon request.

5. On May 6, 2021, The Department of Health stood in front of Stoish, Inc d/b/a Old City Beer Garden.

6. The Health inspector related to this matter is Mr. Terrance Carter

7. Mr. Carter did not issue a report of a violation but instead held a serious of long phone calls and then angrily indicated that "YOU ARE GOING TO VOLUTAIRLY CLOSE."

8. Mr. Stosic indicated that it would an absurd scenario to voluntarily close on a summer weekend in May.

9. Mr. Stosic indicated that if you issued a report indicating relevant violations finding the Beer Garden as a danger to public health then he would be willing to close.

Case ID: 210501206

10. Mr. Carter reiterated "YOU'RE GOING TO VOLUTAIRLY CLOSE."

11. Mr. Stosic again indicated that once you issue a report indicating the legal standard of a danger to the public health then he will then make consideration as to whether the closure will be voluntary.

12. Mr. Carter did not issue a report, and to date, a report has not been issued for Old City Beer Garden.

13. On May 7, 2021, Mr. Carter again Stoish, Inc d/b/a Old City Beer Garden with a Closure sign in hand.

14. Mr. Carter indicated that he was closing Stoish, Inc d/b/a Old City Beer Garden.

15. Mr. Stosic stated that his power to close is based on a report that indicates violations indicating that the Stoish, Inc d/b/a Old City Beer Garden ( known as "OCBG") is based on the legal standard of a danger to the public health.

16. Mr. Carter then stood outside for over two hours constantly talking on the phone

17. Mr. Carter, at no point, inspected the premises and/or found a single violation.

18.  Carter just called the police and signed the closure placard based on a violation of  Title 6 Chapter 300.

19. Exhibit A the report that was ultimately issued

20. Mr. Carter, for the first time, indicated a violation.  WITHOUT EVER WALKING INTO THE BEER GARDEN.

21. Mr. Stosic is in the process of getting cameras from 711, CVS and Sto's.

22. It will show that Mr. Carter never  walked into the beer garden on May 7, 2021.

23. At some point Mr., Carter, without entering the premises, issued two violations.

24. The violations are baseless.

25. PREVENTING CONTAMINATION FROM THE PREMISES §  46.321


*46.321. Food storage. a) General storage requirements. Except as specified in subsections (b) and (c) food shall be protected from contamination by storing as follows: 1) in a clean, dry location. 2) where it is not exposed to splash, dust or other contamination. 3) at least 15 cm (6 inches) above the floor. b) Exception for food stored on case lot handling equipment. Food in packages and working containers may be stored less than 15 cm (6 inches) above the floor on case lot*

Case ID: 210501206

*handling equipment as specified in § 46. 595 (relating to case lot handling equipment: moveability).*

26. The issue is that the only things stored in the beer garden is BEER.

27. The exception for 46.321 states "for particular food containers. Pressurized beverage containers, cased food in waterproof containers such as bottles or cans, and milk containers in plastic crates may be stored on a floor that is clean and not exposed to floor moisture."

28. The only items stored in the beer garden are beer.

29. The other issue is the water. 46.102.

30. Exhibit B is a picture that evidences the temperature of the running water.

31. Mr. Carter should have had the courtesy to enter OCBG and just test the temperature instead of making assumptions and ceasing operation of the beer garden.

32. It would perjury on the part of Mr. Carter if he testified that he walked into the beer garden.

33. Mr. Stosic asked prior to shut down that a report be issued so that he can create a legal and  factual argument to this court so as to allow a defense against the cease operations order.

34. The Department of Health came out again on May 11th.

35. They inspected Old City Beer Garden and found no violations but refused to let it

Case ID: 210501206

open based on a premise that the commissary Sto's did not pass health Code.

36. Exhibit A is the report.  It fails to establish a danger to public health

37. Further, a list of Health Reports will show significantly higher violations and the establishment was allowed to stay open.

38. The ability to earn a living is a CONSTIUTIONAL RIGHT.  It is not a privilege.

39. There is nothing more arbitrary than Terrance Carter walking into a place with an intent to keep the place closed.

## THE DEPARTMENT OF HEALTH  VIOLATED PETITIONERS RIGHT TO DUE PROCESS

40. The Cease Order failed to establish the existence of a danger to the public health so as top require a closure.

41. In fact, the Cease Order was not signed by any fair and impartial tribunal. Rather, it was signed only by Mr. Carter without the issuance of report despite the repeated requests of Mr. Stosic.

42. You are giving an individual unfettered power to make decisions that directly affect citizens 14th amendment constitutional rights to earn a living.  This is a fact. He does not present an argument to a neutral party.  He 100% decides based solely on how he feels and what he wants to do.  This is not how the United States was set up.

43. To paraphrase *Zadvydas v. Davis*, citing *Plyler v. Doe*, 457 U.S. 202 (1982); and *Mathews v. Diaz*, 426 U.S. 67 (1976). Under the U.S. Constitution, unlawful or arbitrary detentions are considered violations of the right to due process

Case ID: 210501206

contained in the fifth and fourteenth amendments, which forbid the government from depriving any person of "life, liberty or property without due process of law." As the Supreme Court has stated, "freedom from imprisonment-from government custody, detention, or other forms of physical restraint-lies at the heart of the liberty that [the Due Process] Clause protects." The due process clause applies "to all `persons' within the United States," including aliens, whether their presence is lawful or not.

## PETITIONERS HAVE SUFFERED IRREPARABLE HARM

44. The Cease Order also forced Petitioners to terminate its events a cease all operations and have a giant white and red striped sign on the property.

45. This creates irreparable harm to the reputation of the  operations of Stoish, Inc d/b/a Old City Beer Garden and Sto's Inc d/b/a Sto's

46. A  Cease Operations by  the Department of Health  creates a significant drop in the inherent goodwill of a company.

47. A giant yellow

48. A reasonable person sees that that a food establishment was ceased by the Department of Health for cause and as a danger.

49. The only inference is that the place is somehow illegal and/or filthy and/or not operating in a manner that a person would want to visit.

50. The intense competition in the City of Philadelphia for the food dollar given the COVID issues.

51. The longer that OCBG and Sto's stays closed the further the establishments get removed from the public mind and damages the reputation of the bar.

Case ID: 210501206

52. There is a general inference that something significant must have happened so as to require a closure for at least four days.

**PETITIONERS HAVE NO ADEQUATE REMEDY AT LAW**

53. Our Pennsylvania courts have clearly established that holders of a business license have "a right or entitlement which triggers procedural rights under the [state and federal constitutions." See e.g. YowigJ. Lee Inc. v. Commonwealth of Pennsylvania, 504 Pa.367,375, 474 A.2d 266,270 (1983).

54. Based upon this clear principle, the Court may infer at 240 Market Street and the if a property right that also entitles it to due process protections wider our state and federal constitutions, including the procedural due process right not to have its property seized in the absence of adequate notice and an opportunity to appear and defend itself before a fair and impartial tribunal PRIOR TO the government's revocation of its property.

55. Further, a deference to the doctrine of unlawful pre-emption, Petitioners respectfully request this Court to vacate the Cease Order and allow the Petitioner to operate until this issue is adjudicated.

**THE DEPARTMENT OF HEALTH UNLAWFULLY COMMINGLED THE PROSECUTORIAL AND AJUDICATIVE FUNCTIONS**

56. By issuing the allegation against Sto's, and Stoish, Inc, the Department of Health was clearly attempting to prosecute Sto's for what he perceived to be a violation of Philadelphia law.

57. By issuing the Cease Order against Plaintiff is an adjudicated an allegation and imposing the MOST SEVERE form of punishment. This being the closing of the space and the related functions.

Case ID: 210501206

58. Our Philadelphia courts recently addressed this principal of "unlawful commingling" in

59. striking down a state statute that applied to Philadelphia liquor license owners - Act 39 of2005 - as unconstitutional.

60. On May 15, 2006, a panel of the Philadelphia Court of Common Pleas determined that the provisions  of Act  39  of 2005 violated the  Philadelphia Licensees'  right to due process under the Pennsylvania and United States Constitutions. In particular, the Court determined that Act 39 unconstitutionally commingled the prosecutorial and adjudicative functions, insofar as it empowered members of Philadelphia City Council to simultaneously fulfill both of these responsibilities. See Opinion, _USA Deli v. City of Philadelphia. October Term. 2005. No. 04677, Dych, Glazer. JJ., at 2. 5_

61. The Plaintiff has been denied a right to due process, under Article I, Sections 1, 9, and 11 , 14of the Pennsylvania Constitution and the Fourteenth Amendment of the United States Constitution

62. The Department of Health has failed to cite any specific danger under the Philadelphia statute or regulation that authorized to issue the Cease Order without first obtaining judicial approval; B) failed to cite or establish any exigent circumstances that warranted such immediate, drastic action without affording Plaintiffs any due process; and C) the operation of  the catered events was inconsistent with or in violation of the language of any such Philadelphia statute or regulation.

## THE DEPARTMENT OF HEALTH HAS NO OBJECTIVE AND REASONABLY TAILORED STANDARD AS TO WHAT CONSTITUES A "IMMINENT PUBLIC HAZARD"

63. The concept of equal protection thus demands that uniform treatment be given to

Case ID: 210501206

similarly situated parties; *Commonwealth v. Kramer*, 474 Pa. 341, 378 A.2d 824 (1977); *Commonwealth v. Webster*, 462 Pa. 125, 337 A.2d 914 (1975). At 67-68

64. A quick purview of the reports attached as Exhibits from the same day of the cease operations and other random ones found.

65. You can now look at my Report attached as Exhibit C.

66. There is nothing in my report in comparison to the other 15 reports that is of any significance that would have require a Cease Operations

67. This is a completely arbitrary standard that has no real guidelines.  A manger is not required on site who may have more in depth understanding.

68. What does " an imminent public health significance" even mean?

69. There is not a signal case based on my search that defines that.

70. A possible definition was found in the food code

An Imminent health hazard –

(i) A significant threat or danger to health that is considered to exist when there is evidence sufficient to show that a product, practice, circumstance or event creates a situation that requires immediate correction or cessation of operation to prevent injury or illness based on one or more of the following:
a) the number of potential injuries or illnesses.
b) the nature, severity and duration of the anticipated injury or illness

71. We should not downplay the word significant.

72. It is respectfully suggested was placed there intentionally so as to prevent the exact harm that is happening to me.

73. A few minor violations do not create a significant and imminent health hazard.

Case ID: 210501206

74. The ice machine was scrubbed with a pad for two hours after the first inspection.

75. This is a picture



76. Mr. Carter says there is mold on a report, so the entire city now thinks that Sto's has a moldy, pink sludge Ice Machine.   This a damage to character.

77. Mr. Carter says that the 3-basin sink was not clean to touch

78. This is a picture.



79. I literally threw away the slicer because if I had to watch him inspect my slicer with a high-res flashlight for two minutes until he found a spec of dirt, I was going to lose my mind because, so I do not have a picture.

80. The mouse feces.

81. The prior report from 5/06 shows that we had no mice activity.

82. While the kitchen was closed, we did not suddenly get mice.

83. Mr. Carter found one old, dried mouse turd on top of a box trap and then cited me for mouse contamination.

84. However, Mr. Carter can issue a Cease Order based on these violations.

85. TO be clear, there was not a single violation involving any unsanitary conditions in the kitchen.

86. There was not a single violation involving dangerous food as I threw all my food away and am going to buy all fresh food on reopening.

87. There is nothing the report indicating that my cooling units were not up to temperature.

88. It only stated that I do not have a thermometer.  We bought them but  and someone would have showed him.

89. We were just waiting to reopen to set up the prep tables.

90. You can look at my report and then look at the other 15 reports and see how arbitrary this is and, further, there is not a single case that helps define imminent threat to public health.

## COUNT ONE DECLARATORY JUDGMENT

91. Plaintiff incorporates herein all paragraphs by reference paragraphs above, in their entirety.

92.

93. The standard as set forth for a cease and desist is the term "IMMINENT PUBLIC HAZARD"

94.

95. As fully explained above, the nature of this term is not fully defined by either case law or procedural standards so as to allow a fair and impartial and non-arbitrary standard.

96.

97. It respectfully requested that

98.

99. a)     Clear and cognizable procedural standards be set forth to define the standards as to a Cease and Desist Order.

100.

101.      b)     A neutral and impartial administrative body be available for emergency hearings.

102.      c)     any and all other ruling as set forth by this Honorable Court.

**COUNT TWO**

**PROCEDURAL DUE PROCESS (42 U.S.C. §1983)**

**(City of Philadelphia – Department of Health)**

103.      Plaintiff incorporates herein by reference each of the foregoing paragraphs in their entirety.

104.      The actor in this matter is the City of Philadelphia, Department of Philadelphia.

105.      The harm are violations of due process rights as alleged below

106.      "[t]he Pennsylvania Constitution classifies the acquisition and possession of property as a fundamental right" implicating a strict scrutiny standard and assert that citing R. v. Department of Public Welfare, 535 Pa. 440, 636 A.2d 142, 149 (1994)" Fouse v. Saratoga Partners, LP, 204 A. 3d 1028 - Pa: Commonwealth Court 2019 at 1036

107.      ", § 1. Unlike the Due Process Clause of the Fourteenth Amendment, our Supreme Court has acknowledged that reputation is protected under Article I,

Section 1 of the Pennsylvania Constitution. See R. v. Department of Public

Welfare, . . . 636 A.2d 142, 149 ([Pa.] 1994) (discerning a fundamental right to

reputation under the Pennsylvania Constitution)."

108.   The ability to earn a living and the protection of your reputation  is a

CONSTITUTIONAL RIGHT.  It is not a privilege.

109.   There is nothing more arbitrary than Terrance Carter walking into a place

with an intent to keep the place closed.

WHEREFORE, plaintiff asks the Court to grant judgment in its favor and against
defendant, and to provide the following relief:

a)   award general and compensatory damages, in excess of the compulsory
arbitration limits of $50,000.00 including any and all foreseeable and consequential
economic damages.

b )Declare Terrence Carter  improperly imposed a Cease and Desist Order on the
Plaintiff's company;

f)   award reasonable  fees and costs  and damages pursuant to 42 U.S.C. §1988
and/or other applicable statute.

### COUNT THREE
### PROCEDURAL DUE PROCESS (42 U.S.C. §1983)
### (Michael E Stosic v Terrance Carter)

110.   Plaintiff incorporates herein by reference each of the foregoing paragraphs

in their entirety.

111.   The term "IMMINENT PUBLIC HAZARD"  has no tangible procedures,

definitions that are specifically catered to prevent constitutional harm.

112.   There is not a neutral administrative body to review or oversee Terrence

Carter as to shutting down a business and depriving a right to property and reputation.

113.    Defendant, Terrence Carter used this unfettered discretion to Cease and Desist the business of the Plaintiff .

114.    Defendant, Terrence Carter acts were intentional, malicious, willful, wanton, obdurate, and in gross and reckless disregard of Plaintiffs Constitutional Rights.

115.    Plaintiffs have suffered the harms alleged herein in the form of damage to reputation and income.

WHEREFORE, plaintiff asks the Court to grant judgment in its favor and against defendant, and to provide the following relief:

a)    award general and compensatory damages, in excess of the compulsory arbitration limits of $50,000.00 including any and all foreseeable and consequential economic damages.

b )Declare Terrence Carter  improperly imposed a Cease and Desist Order on the Plaintiff's company;

f)    award reasonable  fees and costs  and damages pursuant to 42 U.S.C. §1988 and/or other applicable statute.

**COUNT THREE**

**PROCEDURAL DUE PROCESS (42 U.S.C. §1983)**

**(Michael E Stosic v Joseph Mellon)**

116.    Plaintiff incorporates herein by reference each of the foregoing paragraphs

Case ID: 210501206

in their entirety.

117.     All of the actions taken by Defendant Mumme or those acting on behalf of Defendant Mumme and referred to herein, were done while acting under color or state of law and had the effect of depriving Plaintiffs of rights secured by the Constitution and laws of the United States and the Commonwealth of Pennsylvania,

118.     The manager of Terrance Carter is Joseph Mellon

119.     At all times relevant, Joseph Mellon was acting pursuant to a policy or custom of Philadelphia County and supervising Terrance Carter.

120.     The management of Terrance Carter was  in a negligent, gross and reckless and in disregard of Plaintiffs Constitutional Rights as more fully stated in the above paragraphs.

WHEREFORE, plaintiff asks the Court to grant judgment in its favor and against defendant, and to provide the following relief:

a)     award general and compensatory damages, in excess of the compulsory arbitration limits of $50,000.00 including all payments and assessments of the SWMS charge, and all foreseeable and consequential economic damages;

b )Joseph Mellon  improperly managed Terrance Carter so as to allow a Cease and Desist Order on the Plaintiff's companies;

f)     award reasonable  fees and costs  and damages pursuant to 42 U.S.C. §1988 and/or other applicable statute.


Respectfully Submitted,

Michael E Stosic

Case ID: 210501206

## VERIFICATION

I, Michael E Stosic, state that I am authorized to make this verification. I hereby verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to penalties of 18 Pa.C.S.A. Sec. 4904 relating to unsworn falsification to authorities

Respectfully Submitted,

Michael E Stosic



**Food Facility Inspection Report**

Filed and Attested by the
Office of Judicial Records
MAY 2021 02:45 pm
S. RICE

**Philadelphia Dept of Health/Office of Food Protection**
**1900 N. 20th St.,**
www.phila.gov/health/foodprotection/foodsafetyreports.html

| | |
|---|---|
| No. of Risk Factor/Intervention Violations | Date 05/07/2021 |
| No. of Repeat Risk Factor/Intervention Violations | Time In 11:45 AM |
| Number of Corrections 1 | Time Out 03:45 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Stosic, Michael/Old City Beer Garden/Outdoor Food Establishment | 240 MARKET ST TRLR 19132 | | Food Vendor: Special Event Permanent | 6 | 1 |

| Licensee | Corporate Officer | Purpose of Inspection | Inspection Type |
|---|---|---|---|
| Sto's INC | Michael Stosic | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance   OUT=not in compliance   N/O=not observed   N/A=not applicable   COS=corrected on-site during inspection   R=repeat violation

**Compliance Status** COS R

**Demonstration of Knowledge**
| 1 | OUT | Certification by accredited program, compliance with Code, or correct responses | x |

**Employee Health**
| 2 | IN | Management awareness; policy present |
| 3 | IN | Proper use of reporting; restriction & exclusion |

**Good Hygienic Practices**
| 4 | IN | Proper eating, tasting, drinking, or tobacco use |
| 5 | IN | No discharge from eyes, nose, and mouth |

**Preventing Contamination by Hazards**
| 6 | IN | Hands clean & properly washed |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed |
| 8 | OUT | Adequate handwashing facilities supplied & accessible |

**Approved Source**
| 9 | IN | Food obtained from approved source |
| 10 | IN | Food received at proper temperature |
| 11 | IN | Food in good condition, safe, & unadulterated |
| 12 | IN | Required records available: shellstock tags, parasite destruction |

**Protection From Contamination**
| 13 | IN | Food separated & protected |
| 14 | IN | Food-contact surfaces: cleaned & sanitized |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food |

**Compliance Status** COS R

**Potentially Hazardous Food Time/Temperature**
| 16 | IN | Proper cooking time & temperature |
| 17 | IN | Proper reheating procedures for hot holding |
| 18 | IN | Proper cooling time & temperature |
| 19 | IN | Proper hot holding temperature |
| 20 | IN | Proper cold holding temperature |
| 21 | IN | Proper date marking & disposition |
| 22 | IN | Time as a public health control; procedures & record |

**Consumer Advisory**
| 23 | IN | Consumer advisory provided for raw or undercooked foods |

**Highly Susceptible Population**
| 24 | IN | Pasteurized foods used; prohibited foods not offered |

**Chemical**
| 25 | IN | Food additives: approved & properly used |
| 26 | IN | Toxic substances properly identified, stored & used |

**Conformance with Approved Procedure**
| 27 | IN | Compliance with variance, specialized process, & HACCP plan |

> Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

**Compliance Status** COS R

**Safe Food and Water**
| 28 | IN | Pasteurized eggs used where required |
| 29 | IN | Water & ice from approved source |
| 30 | IN | Variance obtained for specialized processing methods |

**Food Temperature Control**
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control |
| 32 | IN | Plant food properly cooked for hot holding |
| 33 | IN | Approved thawing methods used |
| 34 | IN | Thermometer provided & accurate |

**Food Identification**
| 35 | IN | Food properly labeled; original container |

**Prevention of Food Contamination**
| 36 | IN | Insects, rodents & animals not present; no unauthorized persons |
| 37 | OUT | Contamination prevented during food preparation, storage & display |
| 38 | IN | Personal cleanliness |
| 39 | IN | Wiping cloths: properly used & stored |
| 40 | IN | Washing fruit & vegetables |

**Compliance Status** COS R

**Proper Use of Utensils**
| 42 | IN | Utensils, equipment & linens: properly stored, dried & handled |
| 43 | IN | Single-use & single-service articles: properly stored & used |
| 44 | IN | Gloves used properly |

**Utensils, Equipment and Vending**
| 45 | IN | Food & non-food contact surfaces cleanable, properly designed, constructed, & used |
| 46 | IN | Warewashing facilities: installed, maintained, & used; test strips |
| 47 | IN | Non-food contact surfaces clean |

**Physical Facilities**
| 48 | IN | Hot & cold water available; adequate pressure |
| 49 | IN | Plumbing installed; proper backflow devices |
| 50 | IN | Sewage & waste water properly disposed |
| 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned |
| 52 | IN | Garbage & refuse properly disposed; facilities maintained |
| 53 | IN | Physical facilities installed, maintained, & clean |
| 54 | IN | Adequate ventilation & lighting; designated areas used |

**Philadelphia Ordinances**

| | | | | |
|---|---|---|---|---|
| Proper Use of Utensils | | 56 IN | Person in Control of premises has not posted "No Smoking" signs. | |
| 41 IN In-use utensils: properly stored | | 56+ IN | Philadelphia Ordinances | |

**Person in Charge (Signature)**



**Name** Michael Stosic (A89913-04/04/2024)  **Date:** 05/07/2021

**Inspector (Signature)** Marwa El-Hajmoussa 215-685-2948

**Date:** 05/07/2021

---

### Food Facility Inspection Report

| | | | |
|---|---|---|---|
| **Philadelphia Dept of Health/Office of Food Protection** **1900 N. 20th St.,** www.phila.gov/health/foodprotection/foodsafetyreports.html | No. of Risk Factor/Intervention Violations | 3 | Date 05/07/2021 |
| | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In 11:45 AM |
| | Number of Corrections | 1 | Time Out 03:45 PM |

| **Food Facility** | **Address** | **Telephone** | **Establishment Type** | **District** | **Sub** |
|---|---|---|---|---|---|
| Stosic, Michael/Old City Beer Garden/Outdoor Food Establishment | 240 MARKET ST TRLR 19132 | | Food Vendor: Special Event Permanent | 6 | 1 |

| Licensee Sto's INC | Corporate Officer Michael Stosic | | Purpose of Inspection Inspection | Inspection Type Inspection |
|---|---|---|---|---|

### FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

### OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below. |
|---|---|
| 1 | Violation of Code: [46.101] A Food Safety Certified Person was not present during the arrival of the inspection. A Food Safety Certified Person later arrived.  Corrected On-Site.  New Violation. |
| 1 | Violation of Code: [46.102] Employees were observed serving drinks at the bar without running hot water. The person in charge was informed to discontinue service at the time.  New Violation. |
| 8 | Violation of Code: [46.941(a)-(e)] No running water was available at the handwashing sink located in the bar. No hot water temperature was taken.  New Violation. |
| 37 | Violation of Code: [46.321] Beverages were not stored at least 6 inches above the floor.  New Violation. |

Case ID: 210501206

| | |
|---|---|
| Remarks | This inspection has revealed that the establishment is not in satisfactory compliance. Corrective action is required to eliminate these violations. Compliance status will be assessed upon reinspection. |
| Summary Statements | Due to conditions observed during the inspection, the establishment has agreed to discontinue food operations and voluntarily close until it is approved by the Department to resume operations. Please contact the Sanitarian at the phone number listed below to arrange for an inspection prior to opening.<br><br>For an inspection after business hours or over the weekend, please contact Municipal Dispatch at (215) 686 - 4514. |

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)** Michael Stosic (A89913-04/04/2024)

**Date:** 05/07/2021

**Inspector (Signature)** Marwa El-Hajmoussa 215-685-2948

**Date:** 05/07/2021

Filed and Attested by the
Office of Judicial Records
13 MAY 2021 02:45 pm
S. RICE





# Food Facility Inspection Report

Filed and Attested by the Office of Judicial Records 17 MAY 2021 02:43 pm S. RICE

**Philadelphia Dept of Health/Office of Food Protection**
**1900 N. 20th St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

| | |
|---|---|
| No. of Risk Factor/Intervention Violations | 05/12/2021 |
| No. of Repeat Risk Factor/Intervention Violations | 0 |
| Number of Corrections | 2 |

Time In    11:00 AM
Time Out   12:25 PM

| **Food Facility** | **Address** | **Telephone** | **Establishment Type** | **District** | **Sub** |
|---|---|---|---|---|---|
| Honeygrow | 15 S 11TH ST 19107 | (215) 845-5592 | Restaurant: Eat-In | 6 | 1 |

| **Licensee** | **Corporate Officer** | | **Purpose of Inspection** | **Inspection Type** |
|---|---|---|---|---|
| Honeygrow, LLC. | Justin Rosenburg | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable          COS=corrected on-site during inspection    R=repeat violation

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Demonstration of Knowledge** | | | | | **Potentially Hazardous Food Time/Temperature** | | | | |
| 1 | OUT | Certification by accredited program, compliance with Code, or correct responses | X | | 16 | IN | Proper cooking time & temperature | | |
| | | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| **Employee Health** | | | | | 18 | IN | Proper cooling time & temperature | | |
| 2 | IN | Management awareness; policy present | | | 19 | IN | Proper hot holding temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 20 | IN | Proper cold holding temperature | | |
| **Good Hygienic Practices** | | | | | 21 | IN | Proper date marking & disposition | | |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | 22 | IN | Time as a public health control; procedures & record | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | **Consumer Advisory** | | | | |
| **Preventing Contamination by Hazards** | | | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 6 | IN | Hands clean & properly washed | | | **Highly Susceptible Population** | | | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | | | **Chemical** | | | | |
| **Approved Source** | | | | | 25 | IN | Food additives: approved & properly used | | |
| 9 | IN | Food obtained from approved source | | | 26 | IN | Toxic substances properly identified, stored & used | | |
| 10 | IN | Food received at proper temperature | | | **Conformance with Approved Procedure** | | | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | 27 | IN | Compliance with variance, specialized process, & HACCP plan | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | | | | | |
| **Protection From Contamination** | | | | | | | | | |
| 13 | IN | Food separated & protected | | | | | | | |
| 14 | OUT | Food-contact surfaces: cleaned & sanitized | | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Safe Food and Water** | | | | | **Proper Use of Utensils** | | | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| **Food Temperature Control** | | | | | **Utensils, Equipment and Vending** | | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | IN | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | IN | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | 47 | OUT | Non-food contact surfaces clean | | |
| 34 | IN | Thermometer provided & accurate | | | **Physical Facilities** | | | | |
| **Food Identification** | | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| **Prevention of Food Contamination** | | | | | 50 | IN | Sewage & waste water properly disposed | | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | | | 51 | OUT | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | IN | Contamination prevented during food preparation, storage & display | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | IN | Personal cleanliness | | | 53 | OUT | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | IN | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | **Philadelphia Ordinances** | | | | |
| **Proper Use of Utensils** | | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | 56+ | IN | Philadelphia Ordinances | | |

**Person in Charge (Signature)**

**Name**  Rian Mitch (A96449-8/19/2025)          **Date:** 05/12/2021

**Inspector (Signature)** Marwa El-Hajmoussa 215-685-2948          **Date:** 05/12/2021

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | No. of Risk Factor/Intervention Violations | 4 | Date | 05/12/2021 |
| 1900 N. 20th St., | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 11:00 AM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | Number of Corrections | 2 | Time Out | 12:25 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Honeygrow | 15 S 11TH ST 19107 | (215) 845-5592 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Honeygrow, LLC. | Justin Rosenburg | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Meat Balls / Walk-In Cooler | 31.0 ° F | Sauces / Under-Counter Refrigerator | 22.0 ° F | Shrimp / Under-Counter Refrigerator | 28.0 ° F |
| Chopped Vegetables / Cold Prep Refrigerator | 40.0 ° F | Feta Cheese / Cold Prep Refrigerator | 37.0 ° F | Chicken / Cold Prep Refrigerator | 34.0 ° F |
| Rice / Hot-Holding Unit | 144.0 ° F | Lettuce / Open Display Case | 39.0 ° F | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

### Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

### OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below. |
|---|---|
| 1 | Violation of Code: [46.101] A Food Safety Certified Person was not present during the arrival of the inspection. The Food Safety Certified Person later arrived. Corrected On-Site.  New Violation. |
| 8 | Violation of Code: [46.941(a)-(e)] Paper towels were not available at several handwashing stations:<br>-Handwashing sink located near the warewashing station<br>-Handwashing sink located in the front food preparation area.  New Violation. |
| 14 | Violation of Code: [46.711(a)] The lower surface of one food preparation table located in the rear area was in need of cleaning due to mouse droppings observed. The person in charge was informed that the lower surface must be properly cleaning and sanitized. The person in charge understood.  New Violation. |
| 14 | Violation of Code: [46.712] Several large empty flat trays were observed being stored on the lower surface of one food preparation table located in the rear area in which mouse droppings were observed. The person in charge was informed to discontinue the use of the trays. The person in charge was informed to properly wash, rinse, and sanitize the trays before use.  New Violation. |
| 36 | Violation of Code: [46.981(k)(l)] Mouse droppings were observed in several locations:<br>-Under, around, and behind equipment in the food preparation areas.<br>-The lower surface of one food preparation table in the rear area.<br>-The lower surface of the shelving unit located near the front service area.<br><br>Note: 'Ecolab' pest control services are utilized monthly. Last pest control service took pace on 5/12/21.  New Violation. |

**Person in Charge (Signature)** Rian Mitch (A96449-8/19/2025)                                      **Date:** 05/12/2021

**Inspector (Signature)** Marwa El-Hajmoussa 215-685-2948                                      **Date:** 05/12/2021



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | No. of Risk Factor/Intervention Violations | 4 | Date | 05/12/2021 |
| 1900 N. 20th St., | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 11:00 AM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | Number of Corrections | 2 | Time Out | 12:25 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Honeygrow | 15 S 11TH ST 19107 | (215) 845-5592 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Honeygrow, LLC. | Justin Rosenburg | | Inspection | Inspection |

### OBSERVATIONS AND CORRECTIVE ACTIONS

Case ID: 210501206

| Item Number | Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code. |
|---|---|
| 47 | Violation of Code: [46.714] The following observations were noted:<br>-Exterior surface cleaning was needed in multiple areas due to residue build-up.<br>-Interior surface cleaning was needed in several refrigeration units due to food debris.<br>-Lower surface cleaning was needed in several areas due to mouse droppings.<br>-Lower surface cleaning was needed in the rear warewashing/food preparation area due to residue build-up.<br>-The upper surface of the mechanical warewashing station was in need of cleaning due to residue build-up.  New Violation. |
| 51 | Violation of Code: [46.922(d)] One of two restrooms was observed with a broken door handle.  New Violation. |
| 53 | Violation of Code: [46.981(a)(b)(c)(g)(n)] Floor cleaning was needed in several areas of the establishment due to mouse droppings observed:<br>-Rear food preparation/warewashing area<br>-Front food preparation area<br>-Storage/mop sink area  New Violation. |
| 53 | Violation of Code: [46.981(e)(m)] Brooms and dust pans were observed being stored on the floor in multiple locations.  New Violation. |

| Remarks | **Note: Interviewed Rian Mitch, Mazina Adams, and Jeffrey Hopkins. |
|---|---|
| Summary Statements | This inspection has revealed that the establishment is not in satisfactory compliance. Corrective action is required to eliminate these violations. Compliance status will be assessed upon reinspection. |

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)**

**Name** Rian Mitch (A96449-8/19/2025)    **Date:** 05/12/2021

**Inspector (Signature)** Marwa El-Hajmoussa 215-685-2948    **Date:** 05/12/2021

Case ID: 210501206



# Food Facility Inspection Report

*Filed and Attested by the Office of Judicial Records 14 MAY 2021 02:43 pm S. RICE*

**Philadelphia Dept of Health/Office of Food Protection**
**1900 N. 20th St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

| | |
|---|---|
| No. of Risk Factor/Intervention Violations 3 | Date 05/12/2021 |
| No. of Repeat Risk Factor/Intervention Violations 0 | Time In 01:00 PM |
| Number of Corrections | Time Out 02:45 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Murph's Place | 202 E GIRARD AVE 19125 | (267) 847-7717 | Restaurant: Eat-In | 6 | 3 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| 202 Girard Inc. | Theresa & Gregory Walton | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance     OUT=not in compliance     N/O=not observed     N/A=not applicable          COS=corrected on-site during inspection     R=repeat violation

| | Compliance Status | | COS | R | | | Compliance Status | | COS | R |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Demonstration of Knowledge** | | | | | | **Potentially Hazardous Food Time/Temperature** | | | |
| 1 | OUT | Certification by accredited program, compliance with Code, or correct responses | X | | | 16 | IN | Proper cooking time & temperature | | |
| | | | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| | **Employee Health** | | | | | 18 | IN | Proper cooling time & temperature | | |
| 2 | IN | Management awareness; policy present | | | | 19 | IN | Proper hot holding temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | | 20 | IN | Proper cold holding temperature | | |
| | **Good Hygienic Practices** | | | | | 21 | OUT | Proper date marking & disposition | | X | |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | | 22 | IN | Time as a public health control; procedures & record | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | | | **Consumer Advisory** | | | |
| | **Preventing Contamination by Hazards** | | | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 6 | IN | Hands clean & properly washed | | | | | **Highly Susceptible Population** | | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | X | | | | **Chemical** | | | |
| | **Approved Source** | | | | | 25 | IN | Additives: approved & properly used | | |
| 9 | IN | Food obtained from approved source | | | | 26 | IN | Toxic substances properly identified, stored & used | | |
| 10 | IN | Food received at proper temperature | | | | | **Conformance with Approved Procedure** | | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | | 27 | IN | Compliance with variance, specialized process, & HACCP plan | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | | | | | | |
| | **Protection From Contamination** | | | | | | | | | |
| 13 | IN | Food separated & protected | | | | | | | | |
| 14 | IN | Food-contact surfaces: cleaned & sanitized | | | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| | Compliance Status | | COS | R | | | Compliance Status | | COS | R |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Safe Food and Water** | | | | | | **Proper Use of Utensils** | | | |
| 28 | IN | Pasteurized eggs used where required | | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | | 44 | IN | Gloves used properly | | |
| | **Food Temperature Control** | | | | | | **Utensils, Equipment and Vending** | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | | 45 | OUT | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | | 46 | IN | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | | 47 | OUT | Non-food contact surfaces clean | | |
| 34 | OUT | Thermometer provided & accurate | X | | | | **Physical Facilities** | | | |
| | **Food Identification** | | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| | **Prevention of Food Contamination** | | | | | 50 | IN | Sewage & waste water properly disposed | | |
| 36 | IN | Insects, rodents & animals not present; no unauthorized persons | | | | 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | OUT | Contamination prevented during food preparation, storage & display | | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | IN | Personal cleanliness | | | | 53 | IN | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | | 54 | IN | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | | | **Philadelphia Ordinances** | | | |
| | **Proper Use of Utensils** | | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | | 56+ | IN | Philadelphia Ordinances | | |

**Person in Charge (Signature)**

**Name**  Francesco Bellastelli ServSafe Exp.
3/8/2026                                                          **Date:** 05/12/2021

**Inspector (Signature)** Alexandria McNamara (215) 685-2948                    **Date:** 05/12/2021

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | | No. of Risk Factor/Intervention Violations | 3 | Date | 05/12/2021 |
|---|---|---|---|---|---|
| 1900 N. 20th St., | | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 01:00 PM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | | Number of Corrections | 4 | Time Out | 02:45 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Murph's Place | 202 E GIRARD AVE 19125 | (267) 847-7717 | Restaurant: Eat-In | 6 | 3 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| 202 Girard Inc. | Theresa & Gregory Walton | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Pasta / Reach-In Freezer | 20.0 ° F | Heavy cream / Under-Counter Refrigerator | 39.0 ° F | Cheese / Under-Counter Refrigerator | 40.0 ° F |
| Deli Meat / Under-Counter Refrigerator | 40.0 ° F | Meatballs / Hot-Holding Unit | 152.0 ° F | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

## Food Disposal

| Food Types | | Volume | Unit | Pounds |
|---|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 1 | Violation of Code: [46.103] The Food Safety Certified Person does not have a Philadelphia Food Safety Certificate. *Application provided during inspection. Corrected On-Site. New Violation. |
| 8 | Violation of Code: [46.941(a)-(e)] 1. Soap was not available at the hand wash sink in the prep area. 2. Paper towel dispenser empty at the hand wash sink in the bar area. 3. No sign or poster posted at the hand wash sink in the women's restroom to remind food employees to wash their hands. *PIC provided soap, sign, and paper towels where needed during inspection. Corrected On-Site. New Violation. |
| 21 | Violation of Code: [46.385(b)] Opened commercially processed ready to eat food (deli meats, cheese) located in the under counter refrigeration unit, was not marked with the date it was prepared. *PIC stated food items were sliced today. Provided date labels during inspection. Corrected On-Site. New Violation. |
| 34 | Violation of Code: [46.632] Thermometer not observed in the under counter refrigeration unit. *PIC provided thermometer during inspection. Corrected On-Site. New Violation. |
| 37 | Violation of Code: [46.321] Ice bin in the bar is not covered to protect against contamination. New Violation. |
| 45 | Violation of Code: [46.672] Cutting board observed with deep scratches and scoring not allowing for effective cleaning and sanitizing. New Violation. |
| 47 | Violation of Code: [46.714] Food residue observed along inner surfaces of the microwave and reach-in freezer. New Violation. |

| Summary Statements | You are required to have a City of Philadelphia Department of Public Health Food Establishment Personnel Food Safety Certificate. You must submit your application and associated fee within 30 days of this inspection. If you do not submit your application, your establishment will be subject to an intent to cease operations order. |
|---|---|

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)** Francesco Bellastelli ServSafe Exp. 3/8/2026

**Date:** 05/12/2021

**Inspector (Signature)** Alexandria McNamara (215) 685-2948    **Date:** 05/12/2021

Case ID: 210501206

# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection 1900 N. 20th St., www.phila.gov/health/foodprotection/foodsafetyreports.html | | | No. of Risk Factor/Interventions Violations | | 4 | Date 05/12/2021 |
| No. of Repeat Risk Factor/Intervention Violations | | 0 | Time In 1:30 PM |
| Number of Corrections | | | Time Out 1:30 PM |

| Food Facility Sto's | Address 236 MARKET ST 19106 | Telephone (267) 687-8653 | Establishment Type Restaurant: Eat-In | District Sub 1 |
| Licensee | Corporate Officer Michael E. Stosic | | Purpose of Inspection Reinspection | Inspection Type Reinspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance     OUT=not in compliance     N/O=not observed     N/A=not applicable          COS=corrected on-site during inspection     R=repeat violation

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Demonstration of Knowledge** | | | | | **Potentially Hazardous Food Time/Temperature** | | | | |
| 1 | IN | Certification by accredited program, compliance with Code, or correct responses | | | 16 | N/O | Proper cooking time & temperature | | |
| **Employee Health** | | | | | 17 | N/O | Proper reheating procedures for hot holding | | |
| 2 | IN | Management awareness; policy present | | | 18 | N/O | Proper cooling time & temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 19 | N/O | Proper hot holding temperature | | |
| **Good Hygienic Practices** | | | | | 20 | IN | Proper cold holding temperature | | |
| 4 | OUT | Proper eating, tasting, drinking, or tobacco use | X | | 21 | N/O | Proper date marking & disposition | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | 22 | N/A | Time as a public health control; procedures & record | | |
| **Preventing Contamination by Hazards** | | | | | **Consumer Advisory** | | | | |
| 6 | IN | Hands clean & properly washed | | | 23 | N/A | Consumer advisory provided for raw or undercooked foods | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | **Highly Susceptible Population** | | | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | X | | 24 | N/A | Pasteurized foods used; prohibited foods not offered | | |
| **Approved Source** | | | | | **Chemical** | | | | |
| 9 | IN | Food obtained from approved source | | | 25 | N/A | Food additives: approved & properly used | | |
| 10 | N/O | Food received at proper temperature | | | 26 | OUT | Toxic substances properly identified, stored & used | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | **Conformance with Approved Procedure** | | | | |
| 12 | N/A | Required records available: shellstock tags, parasite destruction | | | 27 | N/A | Compliance with variance, specialized process, & HACCP plan | | |
| **Protection From Contamination** | | | | | | | | | |
| 13 | IN | Food separated & protected | | | Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury. | | | | |
| 14 | OUT | Food-contact surfaces: cleaned & sanitized | X | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | |

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Safe Food and Water** | | | | | **Proper Use of Utensils** | | | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| **Food Temperature Control** | | | | | **Utensils, Equipment and Vending** | | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | IN | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | OUT | Warewashing facilities: installed, maintained, & used; test strips | X | |
| 33 | IN | Approved thawing methods used | | | 47 | OUT | Non-food contact surfaces clean | X | |
| 34 | OUT | Thermometer provided & accurate | X | | **Physical Facilities** | | | | |
| **Food Identification** | | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| **Prevention of Food Contamination** | | | | | 50 | OUT | Sewage & waste water properly disposed | X | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | X | | 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | OUT | Contamination prevented during food preparation, storage & display | X | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | IN | Personal cleanliness | | | 53 | OUT | Physical facilities installed, maintained, & clean | X | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | OUT | Adequate ventilation & lighting; designated areas used | X | |
| 40 | IN | Washing fruit & vegetables | | | **Philadelphia Ordinances** | | | | |
| **Proper Use of Utensils** | | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | 56+ | | Philadelphia Ordinances | | |

| Person in Charge (Signature) | | Name  Michael Stosic | Date: |
| Inspector (Signature) Terrance Carter (215) 685-2452 | | | Date: 05/12/2021 |



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection<br>1900 N. 20th St.,<br>www.phila.gov/health/foodprotection/foodsafetyreports.html | | No. of Risk Factor/Intervention Violations | 4 | Date | 05/12/2021 |
|---|---|---|---|---|---|
| | | No. of Repeat Risk Factor/Intervention Violations | 3 | Time In | 12:05 PM |
| | | Number of Corrections | 7 | Time Out | 01:30 PM |

| Food Facility<br>Sto's | Address<br>236 MARKET ST 19106 | Telephone<br>(267) 687-8653 | Establishment Type<br>Restaurant: Eat-In | District Sub<br>6          1 |
|---|---|---|---|---|
| Licensee | Corporate Officer<br>Michael E. Stosic | | Purpose of Inspection<br>Reinspection | Inspection Type<br>Reinspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

## Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 4 | Violation of Code: 46.151(a) * Cigarette butt observed on the floor under the 3-basin sink in the basement food prep area during the inspection.  Repeat Violation. |
| 8 | Violation of Code: 46.981(h) * Stool was stored in front of the hand sink station in the bar area. The Peron in Charge didi relocate the stool during time of inspection.<br>* No running cold water was provided at the hand sink station in the bar area.  Repeat Violation. |
| 14 | Violation of Code: 46.711(a) * Meat slicer has an accumulation of food residue on the food contact surfaces and is not being washed, rinsed and sanitized at least every 4 hours.<br>* Interior surface of the [2] ice bins in the bar area is not clean to sight & touch.<br>* Interior surface of the 3-basin sink is not clean to sight & touch. The Person in Charge was advise to discontinue discard waste water in the 3-basin sink.<br>* Black residue, pink slime observed on the interior of the ice machine bin around basement food prep area. The ice need to be discarded and the interior surface of the ice machine will need to be properly washed, rinsed, and sanitized prior to operating.<br>* Mold is observed in the soda-gun holders at the bar area.  Repeat Violation. |
| 26 | Violation of Code: 46.1021 * Bleach and other chemicals are stored at the drain board of the 3-basin sink.  New Violation. |
| 34 | Violation of Code: 46.59 * No thermometers was observed in the refrigeration units, where it is needed.  Repeat Violation. |
| 36 | Violation of Code: 46.922(e)(f) * Side (kitchen) door is open and does not protect against the entry of insects, rodents, and other animals.  Repeat Violation. |
| 36 | Violation of Code: 46.981(k)(l) * Mouse droppings are observed on the floor in the kitchen area.  New Violation. |
| 37 | Violation of Code: 46.321 * Cooking oil is not stored at least 6 inches above the floor in the kitchen area.  Repeat Violation. |
| 46 | Violation of Code: 46.634 * Sanitizer test strips to monitor sanitizer concentration not observed during inspection.  Repeat Violation. |

| Person in Charge (Signature) Michael Stosic | Date: |
|---|---|
| Inspector (Signature) Terrance Carter (215) 685-2452 | Date: 05/12/2021 |

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection 1900 N. 20th St., www.phila.gov/health/foodprotection/foodsafetyreports.html | | No. of Risk Factor/Intervention Violations | 4 | Date | 05/12/2021 |
|---|---|---|---|---|---|
| | | No. of Repeat Risk Factor/Intervention Violations | 3 | Time In | 12:05 PM |
| | | Number of Corrections | 7 | Time Out | 01:30 PM |

| Food Facility Sto's | Address 236 MARKET ST 19106 | Telephone (267) 687-8653 | Establishment Type Restaurant: Eat-In | District 6 | Sub 1 |
|---|---|---|---|---|---|
| Licensee | Corporate Officer Michael E. Stosic | | Purpose of Inspection Reinspection | Inspection Type Reinspection | |

## OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code. |
|---|---|
| 47 | Violation of Code: [46.711(b)(c)] * Interior of the freezer chest in the kitchen area is in need of cleaning. <br> * The interior surface of the walk-in refrigerator unit is in need of cleaning. <br> * Cooling unit and the shelves in the walk-in refrigeration units are in need of cleaning  Repeat Violation. |
| 50 | Violation of Code: [46.862] * No food preparation sink is provided in this establishment.  Repeat Violation. |
| 53 | Violation of Code: [46.981(a)(b)(c)(g)(n)] * Stained/missing ceiling tiles are observed in the main kitchen area and in the basement food prep area. <br> * Exposed ceiling is observed over the scrap sink area and over the food preparation station in kitchen. (Corrected on Site)  Repeat Violation. |
| 54 | Violation of Code: [46.943] * Dim lighting in the bar area (1.8 Lux) 540 Lux is required in hand washing area/food prep areas.  Repeat Violation. |
| Remarks | Completed on Site:5 |
| Summary Statements | This inspection has revealed that the establishment is not in satisfactory compliance. Corrective action is required to eliminate these violations. Compliance status will be assessed upon reinspection. <br><br> Due to imminent health hazards observed during this inspection, the establishment has been issued a Cease Operations Order and must discontinue food operations immediately. The establishment cannot operate for a minimum of 48 hours. The establishment cannot operate until the required fee is paid and the establishment is approved by the Department to resume operations. Please contact the Sanitarian at the phone number listed below for a re-inspection once the violations have been corrected and the fee has been paid. |

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

| Person in Charge (Signature) | | Name  Michael Stosic | Date: |
|---|---|---|---|
| Inspector (Signature) Terrance Carter (215) 685-2452 | | | Date: 05/12/2021 |

Case ID: 210501206



# Food Facility Inspection Report

*Filed and Attested by the Office of Judicial Records 11 MAY 2021 02:43 pm E. RICE*

**Philadelphia Dept of Health/Office of Food Protection**
**1825 Hilton St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

No. of Risk Factor/Intervention Violations 7  Date 05/11/2021
No. of Repeat Risk Factor/Intervention Violations 1  Time In  10:15 AM
Number of Corrections 5  Time Out  12:20 PM

| **Food Facility** | **Address** | **Telephone** | **Establishment Type** | **District** | **Sub** |
|---|---|---|---|---|---|
| Vick Food Market | 1167 BRIDGE ST 19124 | (215) 294-0061 | Retail Food: Grocery Market | 7 | 3 |

| **Licensee** | **Corporate Officer** Victor M. Genao | | **Purpose of Inspection** Inspection | **Inspection Type** Inspection |
|---|---|---|---|---|

FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable    COS=corrected on-site during inspection    R=repeat violation

| Compliance Status | | COS | R | Compliance Status | | COS | R |
|---|---|---|---|---|---|---|---|
| **Demonstration of Knowledge** | | | | **Potentially Hazardous Food Time/Temperature** | | | |
| 1 | IN | Certification by accredited program, compliance with Code, or correct responses | | | 16 | IN | Proper cooking time & temperature | | |
| **Employee Health** | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| 2 | IN | Management awareness; policy present | | | 18 | IN | Proper cooling time & temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 19 | IN | Proper hot holding temperature | | |
| **Good Hygienic Practices** | | | | 20 | OUT | Proper cold holding temperature | | |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | 21 | OUT | Proper date marking & disposition | X | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | 22 | IN | Time as a public health control; procedures & record | | |
| **Preventing Contamination by Hazards** | | | | **Consumer Advisory** | | | |
| 6 | IN | Hands clean & properly washed | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | **Highly Susceptible Population** | | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| **Approved Source** | | | | **Chemical** | | | |
| 9 | IN | Food obtained from approved source | | | 25 | IN | Food additives: approved & properly used | | |
| 10 | IN | Food received at proper temperature | | | 26 | OUT | Toxic substances properly identified, stored & used | X | |
| 11 | OUT | Food in good condition, safe, & unadulterated | X | | **Conformance with Approved Procedure** | | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | 27 | IN | Compliance with variance, specialized process, & HACCP plan | | |
| **Protection From Contamination** | | | | | | | | |
| 13 | IN | Food separated & protected | | | | | | |
| 14 | IN | Food-contact surfaces: cleaned & sanitized | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | COS | R | Compliance Status | | COS | R |
|---|---|---|---|---|---|---|---|
| **Safe Food and Water** | | | | **Proper Use of Utensils** | | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| **Food Temperature Control** | | | | **Utensils, Equipment and Vending** | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | OUT | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | OUT | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | 47 | IN | Non-food contact surfaces clean | | |
| 34 | IN | Thermometer provided & accurate | | | **Physical Facilities** | | | |
| **Food Identification** | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| **Prevention of Food Contamination** | | | | 50 | IN | Sewage & waste water properly disposed | | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | | | 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | OUT | Contamination prevented during food preparation, storage & display | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | IN | Personal cleanliness | | | 53 | OUT | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | IN | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | **Philadelphia Ordinances** | | | |
| **Proper Use of Utensils** | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | 56+ | OUT | Philadelphia Ordinances | X | |

**Person in Charge (Signature)**

**Name**  Victor Genao Madera (A98047-10/24/25)    **Date:**

**Inspector (Signature)** Deveney Mason (215) 685-4526    **Date:** 05/11/2021

Case ID: 210501206



# Food Facility Inspection Report

**Philadelphia Dept of Health/Office of Food Protection**
**1825 Hilton St.,**
www.phila.gov/health/foodprotection/foodsafetyreports.html

| | | |
|---|---|---|
| No. of Risk Factor/Intervention Violations | 7 | Date 05/11/2021 |
| No. of Repeat Risk Factor/Intervention Violations | 0 | Time In 10:15 AM |
| Number of Corrections | 5 | Time Out 12:20 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Vick Food Market | 1167 BRIDGE ST 19124 | (215) 294-0061 | Retail Food: Grocery Market | 7 | 3 |

| Licensee | Corporate Officer<br>Victor M. Genao | | Purpose of Inspection<br>Inspection | Inspection Type<br>Inspection |
|---|---|---|---|---|

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Deli Meat / Closed Display Case | 32.0 ° F | Cheese / Closed Display Case | 35.0 ° F | Tomatoes / Cold Prep Refrigerator | 48.0 ° F |
| Lettuce / Cold Prep Refrigerator | 50.0 ° F | Mayo / Cold Prep Refrigerator | 49.0 ° F | Milk / Reach-In Refrigerator | 33.0 ° F |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

### Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 8 | Violation of Code: [46.825(a)] Dishes and utensils observed in the handwash sink.  New Violation. |
| 11 | Violation of Code: [46.201] Expired baby food (12/2020) observed in the retail area. Baby food was removed from sale.  Corrected On-Site.  New Violation. |
| 20 | Violation of Code: [46.385(a)(2)] Potentially hazardous food in the cold prep unit was held at 48-50 degrees F rather than 41 degrees F or below as required. Person in Charge was advised to discard the food and discontinue use until the unit is serviced.  New Violation. |
| 21 | Violation of Code: [46.385(b)] Opened commercially processed ready to eat food (deli meats & cheeses), located in the deli case, and held more than 48 hours, was not marked with the date it was opened. Dates were provided.  Corrected On-Site.  New Violation. |
| 26 | Violation of Code: [46.1021] Chemicals were stored on the same shelf with food, equipment, and/or single service articles in the food prep area. Food was removed.  Corrected On-Site.  New Violation. |
| 26 | Violation of Code: [46.1002] Working containers, used for storing chemicals taken from bulk supplies, were not marked with the common name of the chemical. Bottle was discarded.  New Violation. |
| 26 | Violation of Code: [46.1026] Observed insecticides (Black Jack spray) not labeled by the manufacturer for food facility usage, in the rear area. Spray was discarded.  Corrected On-Site.  New Violation. |
| 36 | Violation of Code: [46.922(e)(f)] Front door was open and unscreened which does not protect against the entry of insects, rodents, and other animals.  New Violation. |
| 37 | Violation of Code: [46.321] Food (beverages) is not stored at least 6 inches above the floor.  New Violation. |
| 45 | Violation of Code: [46.671] -Domestic / Non NSF approved deep freezer and microwave observed and in use<br>-Cold-prep unit was not keeping foods 41 degrees F or below as required.  New Violation.<br><br>Violation of Code: [46.522] Surfaces not smooth and easily cleanable: |
| 45 | -Turf lining produce bin in the retail area<br>-Cardboard boxes storing produce in the retail area<br>-Soda crates being used for elevation<br>-Cardboard lining shelves in the retail area  New Violation. |
| 46 | Violation of Code: [46.634] Food facility lacked QAC sanitizer test strips to monitor sanitizer concentration.  New Violation. |

**Person in Charge (Signature)** Victor Genao Madera (A98047-10/24/25)        **Date:**

**Inspector (Signature)** Deveney Mason (215) 685-4526        **Date:** 05/11/2021

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | | No. of Risk Factor/Intervention Violations | 7 | Date | 05/11/2021 |
|---|---|---|---|---|---|
| 1825 Hilton St., | | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 10:15 AM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | | Number of Corrections | 5 | Time Out | 12:20 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Vick Food Market | 1167 BRIDGE ST 19124 | (215) 294-0061 | Retail Food: Grocery Market | 7 | 3 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| | Victor M. Genao | | Inspection | Inspection |

## OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code. |
|---|---|
| 53 | Violation of Code: [46.981(e)(m)] Utility rack was not provided to elevate cleaning tools when not in use.  New Violation. |
| | Violation of Code: [70.0.1] Two employees were initially not wearing masks. They later put on masks. |
| 70 | The facility has failed to require employees and customers to mask while on site except only:<br>- As necessary for the employee to eat or drink during break times (the employee should be seated at least 6 feet from others when taking off mask)<br>- While customers are eating and drinking while seated at a table  Corrected On-Site.  New Violation. |
| Summary Statements | This inspection has revealed that the establishment is not in satisfactory compliance. Corrective action is required to eliminate these violations.  Compliance status will be assessed upon reinspection. |

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)**

**Name**  Victor Genao Madera (A98047-10/24/25)     **Date:**

**Inspector (Signature)** Deveney Mason (215) 685-4526                          **Date:** 05/11/2021

Case ID: 210501206



# Food Facility Inspection Report

*Filed and Attested by the Office of Judicial Records 17 MAY 2021 02:43 pm S. RICE DISTRICT OF...*

**Philadelphia Dept of Health/Office of Food Protection**
**1900 N. 20th St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

No. of Risk Factor/Intervention Violations  Date 07/07/2020
No. of Repeat Risk Factor/Intervention Violations  Time In  12:10 PM
Number of Corrections  8  Time Out  01:10 PM

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| European Republic | 213 CHESTNUT ST 19106 | (215) 627-5500 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| European Republic Inc | Farid Alinoor | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable          COS=corrected on-site during inspection    R=repeat violation

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| | | **Demonstration of Knowledge** | | | | | **Potentially Hazardous Food Time/Temperature** | | |
| 1 | IN | Certification by accredited program, compliance with Code, or correct responses | | | 16 | IN | Proper cooking time & temperature | | |
| | | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| | | **Employee Health** | | | 18 | IN | Proper cooling time & temperature | | |
| 2 | IN | Management awareness; policy present | | | 19 | IN | Proper hot holding temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 20 | OUT | Proper cold holding temperature | | X |
| | | **Good Hygienic Practices** | | | 21 | IN | Proper date marking & disposition | | |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | 22 | IN | Time as a public health control; procedures & record | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | | | **Consumer Advisory** | | |
| | | **Preventing Contamination by Hazards** | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 6 | IN | Hands clean & properly washed | | | | | **Highly Susceptible Population** | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | X | | | | **Chemical** | | |
| | | **Approved Source** | | | 25 | IN | Food additives: approved & properly used | | |
| 9 | IN | Food obtained from approved source | | | 26 | IN | Toxic substances properly identified, stored & used | | |
| 10 | IN | Food received at proper temperature | | | | | **Conformance with Approved Procedure** | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | 27 | IN | Compliance with variance, specialized process, & HACCP plan | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | | | | | |
| | | **Protection From Contamination** | | | | | | | |
| 13 | IN | Food separated & protected | | | | | | | |
| 14 | IN | Food-contact surfaces: cleaned & sanitized | | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| | | **Safe Food and Water** | | | | | **Proper Use of Utensils** | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| | | **Food Temperature Control** | | | | | **Utensils, Equipment and Vending** | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | OUT | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | OUT | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | 47 | OUT | Non-food contact surfaces clean | | |
| 34 | IN | Thermometer provided & accurate | | | | | **Physical Facilities** | | |
| | | **Food Identification** | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| | | **Prevention of Food Contamination** | | | 50 | IN | Sewage & waste water properly disposed | | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | | | 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | IN | Contamination prevented during food preparation, storage & display | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | OUT | Personal cleanliness | | | 53 | IN | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | IN | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | | | **Philadelphia Ordinances** | | |
| | | **Proper Use of Utensils** | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | 56+ | IN | Philadelphia Ordinances | | |

**Person in Charge (Signature)**

**Name**  Farid Alinoor A82176 Exp. 6/8/2022                **Date:** 07/07/2020

**Inspector (Signature)** Alexandria McNamara (215) 685-2948          **Date:** 07/07/2020

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | | No. of Risk Factor/Intervention Violations | 2 | Date | 07/07/2020 |
|---|---|---|---|---|---|
| 1900 N. 20th St., | | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 12:10 PM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | | Number of Corrections | 8 | Time Out | 01:10 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| European Republic | 213 CHESTNUT ST 19106 | (215) 627-5500 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| European Republic Inc | Farid Alinoor | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Cheesecake / Closed Display Case | 36.0 ° F | Sauces / Reach-In Refrigerator | 38.0 ° F | Lettuce / Cold Prep Refrigerator | 52.0 ° F |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

## Food Disposal

| | Food Types | Volume | Unit | Pounds |
|---|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 8 | Violation of Code: [46.941(a)-(e)] Paper towel dispenser empty at the hand wash sink in the warewashing area.  Corrected On-Site.  New Violation. |
| 20 | Violation of Code: [46.385(a)(2)] Food (lettuce) was held at 52 degrees F rather than 41 degrees F or below as required in the cold prep refrigeration unit.<br>*No other food items in this refrigeration unit are potentially hazardous.<br>*PIC relocated lettuce to the closed display case.  Corrected On-Site.  New Violation. |
| 36 | Violation of Code: [46.922(e)(f)] Front door and back door open during time of inspection.  New Violation. |
| 38 | Violation of Code: [46.152] Food employee observed not wearing or wearing ineffective hair restraints, such as nets, hats, or beard restraints.  New Violation. |
| 45 | Violation of Code: [46.671] The following equipment is not NSF certified/ commercial:<br>microwave, reach-in freezers, toasteer oven  New Violation. |
| 46 | Violation of Code: [46.634] Food facility lacks sanitizer test strips to monitor sanitizer concentration.  New Violation. |
| 47 | Violation of Code: [46.714] Ice dispenser on the soda machine in need of cleaning.  New Violation. |

Summary
Statements

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)** Farid Alinoor A82176 Exp. 6/8/2022                    **Date:** 07/07/2020

**Inspector (Signature)** Alexandria McNamara (215) 685-2948                    **Date:** 07/07/2020

Case ID: 210501206



# Food Facility Inspection Report

*Filed and Attested by the Office of Judicial Records 14 MAY 2021 02:43 pm S. RICE*

**Philadelphia Dept of Health/Office of Food Protection**
**1900 N. 20th St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

No. of Risk Factor/Intervention Violations 7    Date 01/29/2020
No. of Repeat Risk Factor/Intervention Violations 5    Time In 05:10 PM
Number of Corrections    Time Out 08:15 PM

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Fork/High Street Restaurant | 306 MARKET ST 19106 | (215) 625-9425 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | Purpose of Inspection | Inspection Type |
|---|---|---|---|
| Yin & Gang, LLP | Ellen Yin | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable    COS=corrected on-site during inspection    R=repeat violation

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| | **Demonstration of Knowledge** | | | | | **Potentially Hazardous Food Time/Temperature** | | | |
| 1 | IN | Certification by accredited program, compliance with Code, or correct responses | | | 16 | IN | Proper cooking time & temperature | | |
| | **Employee Health** | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| 2 | IN | Management awareness; policy present | | | 18 | IN | Proper cooling time & temperature | | |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 19 | IN | Proper hot holding temperature | | |
| | **Good Hygienic Practices** | | | | 20 | IN | Proper cold holding temperature | | |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | 21 | IN | Proper date marking & disposition | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | 22 | IN | Time as a public health control; procedures & record | | |
| | **Preventing Contamination by Hazards** | | | | | **Consumer Advisory** | | | |
| 6 | IN | Hands clean & properly washed | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | | **Highly Susceptible Population** | | | |
| 8 | OUT | Adequate handwashing facilities supplied & accessible | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| | **Approved Source** | | | | | **Chemical** | | | |
| 9 | OUT | Food obtained from approved source | | | 25 | IN | Food additives: approved & properly used | | |
| 10 | IN | Food received at proper temperature | | | 26 | IN | Toxic substances properly identified, stored & used | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | | **Conformance with Approved Procedure** | | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | 27 | OUT | Compliance with variance, specialized process, & HACCP plan | | |
| | **Protection From Contamination** | | | | | | | | |
| 13 | OUT | Food separated & protected | | | | | | | |
| 14 | OUT | Food-contact surfaces: cleaned & sanitized | | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| | **Safe Food and Water** | | | | | **Proper Use of Utensils** | | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| | **Food Temperature Control** | | | | | **Utensils, Equipment and Vending** | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | IN | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | IN | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | 47 | OUT | Non-food contact surfaces clean | | |
| 34 | IN | Thermometer provided & accurate | | | | **Physical Facilities** | | | |
| | **Food Identification** | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | OUT | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| | **Prevention of Food Contamination** | | | | 50 | IN | Sewage & waste water properly disposed | | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | | | 51 | IN | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | IN | Contamination prevented during food preparation, storage & display | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | IN | Personal cleanliness | | | 53 | IN | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | IN | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | | **Philadelphia Ordinances** | | | |
| | **Proper Use of Utensils** | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | OUT | In-use utensils: properly stored | | | 56+ | IN | Philadelphia Ordinances | | |

**Person in Charge (Signature)**

Name    Allen Walski A92006 Exp. 7/10/2024    Date: 01/29/2020

**Inspector (Signature)** Alexandria McNamara (215) 685-2948    Date: 01/29/2020

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | No. of Risk Factor/Intervention Violations | 6 | Date | 01/29/2020 |
|---|---|---|---|---|
| 1900 N. 20th St., | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 05:10 PM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | Number of Corrections | 4 | Time Out | 08:15 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Fork/High Street Restaurant | 306 MARKET ST 19106 | (215) 625-9425 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Yin & Gang, LLP | Ellen Yin | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Dough / Reach-In Refrigerator | 35.0 ° F | Butter / Reach-In Refrigerator | 34.0 ° F | Sauces / Reach-In Refrigerator | 28.0 ° F |
| Chicken / Reach-In Refrigerator | 28.0 ° F | Venison / Reach-In Refrigerator | 30.0 ° F | Cut fruit / Cold Prep Refrigerator | 35.0 ° F |
| Cheese / Cold Prep Refrigerator | 34.0 ° F | Beef / Cold Prep Refrigerator | 33.0 ° F | Eggs / Walk-In Cooler | 35.0 ° F |
| Pork / Reach-In Refrigerator | 31.0 ° F | Fish / Reach-In Refrigerator | 32.0 ° F | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

## Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 8 | Violation of Code: [46.941(a)-(e)] No sign or poster posted at the hand wash sink in the bar to remind food employees to wash their hands.  New Violation. |
| 9 | Violation of Code: [46.215] ROP food items in refrigeration units (pork loin) is not labeled. *PIC stated it is received from DeBragga Meats in Jersey City, NJ. *PIC provided invoice from 1/23/2020 listing delivery of food items.  New Violation. |
| 13 | Violation of Code: [46.301] 4-basin sink observed in the bar. 1 basin is designated for hand washing. 3-basins designated for wash, rinse, sanitize procedure for glassware. *No splash guard between the hand wash basin and the wash, rinse, sanitize basins to protect against contamination.  New Violation. |
| 14 | Violation of Code: [46.731] Improper set-up of wash, rinse, sanitize procedure in the bar. Sink basins were set-up as rinse, wash, sanitize. *Proper sanitizing procedure reviewed.  New Violation. |
| 14 | Violation of Code: [46.712] Pink slime accumulation observed on the interior of the ice machine bin.  New Violation. |
| 27 | Violation of Code: [46.402] Facility HACCP plan for ROP is not being followed properly. *Labeling. ROP items must be labeled with the product name, date packed, date to be discarded, and required storage temperature. *Cold holding logs are not up to date. *Chilling and cold holding logs for cooked ROP foods not observed. *Maintain logs for receiving, cold holding (cooking, chilling, and cold holding logs for cooked ROP items). *Thermometer calibration log. *Refer to facility HACCP plan for a full list of requirements.  New Violation. |

**Person in Charge (Signature)** Allen Walski A92006 Exp. 7/10/2024                    **Date:** 01/29/2020

**Inspector (Signature)** Alexandria McNamara (215) 685-2948                    **Date:** 01/29/2020

# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | No. of Risk Factor/Intervention Violations | 6 | Date | 01/29/2020 |
|---|---|---|---|---|
| 1900 N. 20th St., | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 05:10 PM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | Number of Corrections | 4 | Time Out | 08:15 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| Fork/High Street Restaurant | 306 MARKET ST 19106 | (215) 625-9425 | Restaurant: Eat-In | 6 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Yin & Gang, LLP | Ellen Yin | | Inspection | Inspection |

Case ID: 210501206

## OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code. |
|---|---|
| 35 | Violation of Code: [46.282] Working bulk food ingredient storage containers are not labeled with the common name of the food.  New Violation. |
| 36 | Violation of Code: [46.922(c)] An insect control device located in dough room area with potential to contaminate food, equipment, and / or utensils.  New Violation. |
| 41 | Violation of Code: [46.302] Common bowls or food containers observed without handles in direct contact with bulk food ingredients.  New Violation. |
| 47 | Violation of Code: [46.714] Floor drain in the basement prep area observed with an accumulation of food debris.  New Violation. |

Summary Statements   This inspection has revealed that the establishment is not in satisfactory compliance. Corrective action is required to eliminate these violations. Compliance status will be assessed upon reinspection.

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)**

**Name**   Allen Walski A92006 Exp. 7/10/2024          **Date:** 01/29/2020

**Inspector (Signature)** Alexandria McNamara (215) 685-2948          **Date:** 01/29/2020

Case ID: 210501206



# Food Facility Inspection Report

*Filed and Attested by the Office of Judicial Records 17 MAY 2021 02:43 pm S. RICE*

**Philadelphia Dept of Health/Office of Food Protection**
**1930 S. Broad St.,**
**www.phila.gov/health/foodprotection/foodsafetyreports.html**

No. of Risk Factor/Intervention Violations 05/15/2018
No. of Repeat Risk Factor/Intervention Violations 9 Time In 12:00 PM
Number of Corrections 8 Time Out 02:00 PM

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| La Bugambilias | 148 SOUTH ST 19147 | (215) 490-4672 | Restaurant: Eat-In | 1 | 1 |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Las Bugambilias, Inc. | Carlos Molina | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

IN=in compliance    OUT=not in compliance    N/O=not observed    N/A=not applicable          COS=corrected on-site during inspection    R=repeat violation

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Demonstration of Knowledge** | | | | | **Potentially Hazardous Food Time/Temperature** | | | | |
| 1 | OUT | Certification by accredited program, compliance with Code, or correct responses | X | | 16 | IN | Proper cooking time & temperature | | |
| | | | | | 17 | IN | Proper reheating procedures for hot holding | | |
| **Employee Health** | | | | | 18 | IN | Proper cooling time & temperature | | |
| 2 | IN | Management awareness; policy present | | | 19 | OUT | Proper hot holding temperature | | X |
| 3 | IN | Proper use of reporting; restriction & exclusion | | | 20 | IN | Proper cold holding temperature | | |
| **Good Hygienic Practices** | | | | | 21 | OUT | Proper date marking & disposition | | X |
| 4 | IN | Proper eating, tasting, drinking, or tobacco use | | | 22 | IN | Time as a public health control; procedures & record | | |
| 5 | IN | No discharge from eyes, nose, and mouth | | | **Consumer Advisory** | | | | |
| **Preventing Contamination by Hazards** | | | | | 23 | IN | Consumer advisory provided for raw or undercooked foods | | |
| 6 | IN | Hands clean & properly washed | | | **Highly Susceptible Population** | | | | |
| 7 | IN | No bare hand contact with RTE foods or approved alternate method properly followed | | | 24 | IN | Pasteurized foods used; prohibited foods not offered | | |
| 8 | IN | Adequate handwashing facilities supplied & accessible | | | **Chemical** | | | | |
| **Approved Source** | | | | | 25 | IN | Food additives: approved & properly used | | |
| 9 | IN | Food obtained from approved source | | | 26 | OUT | Toxic substances properly identified, stored & used | | X |
| 10 | IN | Food received at proper temperature | | | **Conformance with Approved Procedure** | | | | |
| 11 | IN | Food in good condition, safe, & unadulterated | | | 27 | IN | Compliance with variance, specialized process, & HACCP plan | | |
| 12 | IN | Required records available: shellstock tags, parasite destruction | | | | | | | |
| **Protection From Contamination** | | | | | | | | | |
| 13 | OUT | Food separated & protected | X | | | | | | |
| 14 | OUT | Food-contact surfaces: cleaned & sanitized | X | | | | | | |
| 15 | IN | Proper disposition of returned, previously served, reconditioned, & unsafe food | | | | | | | |

Risk factors are improper practices or procedures identified as the most prevalent contributing factors of foodborne illness or injury. Public Health Interventions are control measures to prevent foodborne illness or injury.

## GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Compliance Status | | | COS | R | Compliance Status | | | COS | R |
|---|---|---|---|---|---|---|---|---|---|
| **Safe Food and Water** | | | | | **Proper Use of Utensils** | | | | |
| 28 | IN | Pasteurized eggs used where required | | | 42 | IN | Utensils, equipment & linens: properly stored, dried & handled | | |
| 29 | IN | Water & ice from approved source | | | 43 | IN | Single-use & single-service articles: properly stored & used | | |
| 30 | IN | Variance obtained for specialized processing methods | | | 44 | IN | Gloves used properly | | |
| **Food Temperature Control** | | | | | **Utensils, Equipment and Vending** | | | | |
| 31 | IN | Proper cooling methods used; adequate equipment for temperature control | | | 45 | OUT | Food & non-food contact surfaces cleanable, properly designed, constructed, & used | | |
| 32 | IN | Plant food properly cooked for hot holding | | | 46 | IN | Warewashing facilities: installed, maintained, & used; test strips | | |
| 33 | IN | Approved thawing methods used | | | 47 | OUT | Non-food contact surfaces clean | | |
| 34 | OUT | Thermometer provided & accurate | | | **Physical Facilities** | | | | |
| **Food Identification** | | | | | 48 | IN | Hot & cold water available; adequate pressure | | |
| 35 | IN | Food properly labeled; original container | | | 49 | IN | Plumbing installed; proper backflow devices | | |
| **Prevention of Food Contamination** | | | | | 50 | OUT | Sewage & waste water properly disposed | | |
| 36 | OUT | Insects, rodents & animals not present; no unauthorized persons | | | 51 | OUT | Toilet facilities: properly constructed, supplied, & cleaned | | |
| 37 | OUT | Contamination prevented during food preparation, storage & display | | | 52 | IN | Garbage & refuse properly disposed; facilities maintained | | |
| 38 | OUT | Personal cleanliness | | | 53 | IN | Physical facilities installed, maintained, & clean | | |
| 39 | IN | Wiping cloths: properly used & stored | | | 54 | OUT | Adequate ventilation & lighting; designated areas used | | |
| 40 | IN | Washing fruit & vegetables | | | **Philadelphia Ordinances** | | | | |
| **Proper Use of Utensils** | | | | | 56 | IN | Person in Control of premises has not posted "No Smoking" signs. | | |
| 41 | IN | In-use utensils: properly stored | | | 56+ | IN | Philadelphia Ordinances | | |

**Person in Charge (Signature)**

**Name** Carlos Molina A81558 exp 7/2022                                   **Date:** 05/15/2018

**Inspector (Signature)** Milaya Gregory (215) 685-9009                       **Date:** 05/15/2018

Case ID: 210501206



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection | | No. of Risk Factor/Intervention Violations | 6 | Date | 05/15/2018 |
|---|---|---|---|---|---|
| **1930 S. Broad St.,** | | No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 12:00 PM |
| www.phila.gov/health/foodprotection/foodsafetyreports.html | | Number of Corrections | 9 | Time Out | 02:00 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| La Bugambilias | 148 SOUTH ST 19147 | (215) 490-4672 | Restaurant: Eat-In | 1 | 1 |
| | | | Inspection | | |

| Licensee | Corporate Officer | | Purpose of Inspection | Inspection Type |
|---|---|---|---|---|
| Las Bugambilias, Inc. | Carlos Molina | | Inspection | Inspection |

## FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

| Item/Location | Temp | Item/Location | Temp | Item/Location | Temp |
|---|---|---|---|---|---|
| Rice / Hot-Hold Unit | 121.0 ° F | Refried beans / Hot-Hold Unit | 125.0 ° F | Chicken / Hot-Hold Unit | 138.0 ° F |
| Beans / Hot-Hold Unit | 142.0 ° F | Beef / Refrigerator | 35.0 ° F | Salsa / Cold-Hold Unit | 40.0 ° F |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |
| / | | / | | / | |

### Food Disposal

| Food Types | Volume | Unit | Pounds |
|---|---|---|---|

## OBSERVATIONS AND CORRECTIVE ACTIONS

Violations cited in this report must be corrected within the time frames below.

| Item Number | |
|---|---|
| 1 | Violation of Code: [46.102] Employee/cook food safety certification could not be verified due to the lack of ID. PIC/Owner showed with City of Philadelphia Food safety certificate and ID. Corrected On-Site.  New Violation. |
| 13 | Violation of Code: [46.281] Drink ice observed in contact with cold plate/beverage tubing bar.  Corrected On-Site.  New Violation. |
| 14 | Violation of Code: [46.711(a)] -Residue accumulation observed inside of soda gun nozzle -Rim above ice in ice machine observed with residue accumulation  Corrected On-Site.  New Violation. |
| 19 | Violation of Code: [46.385(a)(1)] Rice and refried beans were held at 121-125 degrees F rather than 135 degrees F or above as required.  Corrected On-Site.  New Violation. |
| 21 | Violation of Code: [46.441(5)(6)] Several containers- potentially hazardous ready to eat food, prepared in the food facility was not marked with date prepared.  Corrected On-Site.  New Violation. |
| 26 | Violation of Code: [46.1021] Chemical spray oole observed stored on shelving over clean food equipment  Corrected On-Site.  New Violation. |
| 34 | Violation of Code: [46.632] Thermometers in some of the refrigeration units are not visible/maybe lacking.  New Violation. |
| 36 | Violation of Code: [46.981(k)(l)] -Front door observed propped open without a screen - COS -Side door observed propped open without a screen  New Violation. |
| 37 | Violation of Code: [46.321] Food/Beverage items observed not stored at least 6 inches above the floor.  New Violation. |
| 38 | Violation of Code: [46.152] Food employees observed not wearing or wearing ineffective hair restraints, such as nets, hats, or beard restraints.  New Violation. |
| 45 | Violation of Code: [46.671] Deep freezer lid in basement observed not in good repair  New Violation. |
| 45 | Violation of Code: [46.521] Cloth linen observed stored in container with raw meats  New Violation. |
| 45 | Violation of Code: [46.673] Domestic / Non NSF approved microwave observed in kitchen  New Violation. |
| 45 | Violation of Code: [46.671] Garbage disposal observed installed on shallow handsink  New Violation. |
| 47 | Violation of Code: [46.711(b)(c)] -Interior of two door refrigeration unit in kitchen observed with debris accumulation in sides and in gaskets. -Hood filters observed with grease accumulation  New Violation. |
| 50 | Violation of Code: [46.863] Tube used to collect drip waste from soda gun observed lacking.  New Violation. |
| 51 | Violation of Code: [46.882(b)] Seperate trash receptacle for sanitary napkins not observed in restroom; females  New Violation. |

**Person in Charge (Signature)** Carlos Molina A81558 exp 7/2022                    **Date:** 05/15/2018

Case ID: 210501206



**Inspector (Signature)** Milaya Gregory (215) 685-9009      **Date:** 05/15/2018



# Food Facility Inspection Report

| Philadelphia Dept of Health/Office of Food Protection<br>1930 S. Broad St.,<br>www.phila.gov/health/foodprotection/foodsafetyreports.html | | |
|---|---|---|
| No. of Risk Factor/Intervention Violations | 6 | Date | 05/15/2018 |
| No. of Repeat Risk Factor/Intervention Violations | 0 | Time In | 12:00 PM |
| Number of Corrections | 9 | Time Out | 02:00 PM |

| Food Facility | Address | Telephone | Establishment Type | District | Sub |
|---|---|---|---|---|---|
| La Bugambilias | 148 SOUTH ST 19147 | (215) 490-4672 | Restaurant: Eat-In | 1 | 1 |

| Licensee | Corporate Officer | Purpose of Inspection | Inspection Type |
|---|---|---|---|
| Las Bugambilias, Inc. | Carlos Molina | Inspection | Inspection |

### OBSERVATIONS AND CORRECTIVE ACTIONS

| Item Number | Violations cited in this report must be corrected within the time frames below, or as stated in section 8-405.11 of the food code. |
|---|---|
| 53 | Violation of Code: [46.981(e)(m)] -Floor surfaces in basement, floors under dishmachine, and in kitchen on the side of single door refrigeration unit observed unclean with residues/debris.<br>-Several empty cat food containers observed on basement floors  New Violation. |
| 53 | Violation of Code: [46.921] -Cracked floor tiles observed<br>-Hole in wall in kitchen observed  New Violation. |
| 54 | Violation of Code: [46.943] Light under hood observed not working during time of inspection.  New Violation. |

Summary Statements

You are required under Section 6-502 of the Philadelphia Health Code to correct the violations listed as noted above. Your failure to correct these violations may result in the revocation of your health license and other legal action. Reinstatement of a revoked health license will require payment of another license fee. An appeal to these orders may be made to the Board of License and Inspection Review, Municipal Services Building, 1401 JFK Boulevard Philadelphia, PA 19102-1617

**Person in Charge (Signature)**

     **Name** Carlos Molina A81558 exp 7/2022      **Date:** 05/15/2018

**Inspector (Signature)** Milaya Gregory (215) 685-9009      **Date:** 05/15/2018

Case ID: 210501206